UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUESDAY SEALES-PERKINS, | No. 2:25-cv-03059-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| KRISTEN CAPRINO, | (Doc. No. 5) |
| Defendant. | |

Plaintiff Tuesday Seales-Perkins is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2025, Plaintiff filed an initial complaint against Defendant. (Doc. No. 1.) On December 22, 2025, the magistrate judge screened the initial complaint and found that the complaint did not state a claim. (Doc. No. 3.) The magistrate judge dismissed the initial complaint with leave to amend. (*Id*. at 5.) A week later, Plaintiff filed a first amended complaint. (Doc. No. 4.)

On January 6, 2026, the magistrate judge filed findings and recommendations recommending Plaintiff's first amended complaint be dismissed without leave to amend for failure to state a claim. (Doc. No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed

1

within fourteen (14) days. (*Id.* at 4.) No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed on January 6, 2026 (Doc. No. 5) are ADOPTED in full;

2.    Plaintiff's first amended complaint (Doc. No. 4) is dismissed without leave to amend; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 10, 2026**    _____
Dena Coggins
United States District Judge

2